# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marco R., <br><br> Plaintiff, <br><br> v. <br><br> Secretary Department of Homeland Security, et al, <br><br> Defendant. | Case No. 19-cv-457 (SRN/ECW) <br><br> **ORDER** |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 4, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

1. **IT IS HEREBY ORDERED** that Petitioner Marco R.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED AS MOOT**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY

DATED: April 24, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
